# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>    Plaintiff,  <br>v.  <br>BERNARDO HERNANDEZ-TORRES,  <br>    Defendant. | Case No. 2:05-CR-00182-KJD-PAL  <br>**ORDER** |

Before the Court for consideration is the Report of Findings and Recommendation (#21) of Magistrate Judge Peggy A. Leen entered December 22, 2005, recommending that Defendant's Motion to Suppress (#13) be denied. Objections (#22) to the Magistrate Judge's Report and Recommendation were filed by Defendant BERNARDO HERNANDEZ-TORRES pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada. The Government filed a response in opposition (#24) to the objections.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#21) of the United States Magistrate Judge entered December 22, 2005, should be **ADOPTED** and **AFFIRMED**.

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#21) entered December 22, 2005, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress (#13) is **DENIED**.

DATED this 13th day of March 2006.

_____
Kent J. Dawson
United States District Judge